# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinez, Lourdes A. | U.S. District Court, NM | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. Courthouse
100 North Church Street
Las Cruces, New Mexico 88001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. SINCE 2003 | PUBLIC EMPLOYEES RETIREMENT ASSOC AND JUDICIAL RETIREMENT PLANS, FOR THE STATE OF NEW MEXICO, PAYABLE WHEN EMPLOYEE OBTAINS THE AGE OF 65 YEARS; NO CONTROL |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | IS A LLC MEMBER/ATTORNEY OF A LAW FIRM - THERE WERE NO GUARANTEE PARTNER PAYMENTS IN 2012 - FIRM IS WINDING DOWN |
| 2. | 2012 | IS A LLC MEMBER/ATTORNEY OF A LAW FIRM - SALARY IS PAID TO AS WELL AS MEMBER DISTRIBUTIONS . |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LLC | 01/01/12 TO 12/31/12 | NEW MEXICO | SUPPLIES, MILEAGE AND OUT OF TOWN TRAVEL IN CONNECTION WITH LAW FIRM BUSINESS | PERSONAL AUTO MILEAGE REIMBURSEMENT-PAID AT IRS MILEAGE RATES; OTHER ITEMS REIMBURSED AT COST |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF THE RIO GRANDE, LAS CRUCES NM (SEE NOTE IN PART VIII) | MORTGAGE ON COMMERCIAL PROPERTY HELD IN PARTNERSHIP | M |
| 2. | MISCELLANEOUS VENDORS & STATE OF NEW MEXICO | MISCELLANIOUS INSURANCE AND OTHER OBLIGATIONS - THE FIRM IS "WINDING UP" AND IS NO LONGER OPERATING | J |
| 3. | MISCELLANEOUS VENDORS, IRS & STATE OF NEW MEXICO | PAYROLL RELATED TAXES; ACCTS PAYABLE & NEW MEXICO STATE SALES TAX - ALL CURRENT | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    25% OWNERSHIP | | | | | | | | | 2011-1 ENTITY NAME |
| 2.   -a) Commercial Building Dona Ana County, NM | D | Rent | M | W | | | | | 2011-2 |
| 3.   -b) Cash and other misc assets | E | Interest | K | U | | | | | 2011-3 |
| 4.    16.67 % OWNERSHIP (Y) | A | Distribution | | | Closed | 12/31/11 | J | A | 2011-4 FILED FINAL RETURN |
| 5.    LLC 16.67% OWNERSHIP | | | | | | | | | 2011-5 ENTITY NAME |
| 6.   -a) cash, furniture and equip and other misc assets | A | Distribution | K | U | | | | | 2011-6 |
| 7.   -b) accounts receivable | A | Distribution | J | U | | | | | 2011-7 |
| 8.    LLC | | | | | | | | | 2011-8 ENTITY NAME |
| 9.   -a) cash, furniture and equip and other misc assets | F | Distribution | K | U | | | | | 2011-9 |
| 10.   -b) accounts receivable | A | Distribution | K | U | | | | | 2011-10 |
| 11.   US BANK/CHECKING ACCOUNT- #1 | A | Interest | K | T | | | | | 2011-11 |
| 12.   US BANK/CHECKING ACCOUNT- #2 | A | Interest | K | T | | | | | 2011-12 |
| 13.   US BANK/ACCOUNT - CD - #3 | A | Interest | | | Closed | 12/18/12 | K | A | 2011-13 |
| 14.   CENTURY BANK-CHECKING ACCOUNT #1 | A | Interest | J | T | | | | | 2011-14 |
| 15.   CENTURY BANK-SAVINGS ACCOUNT #2 | A | Interest | K | T | | | | | 2011-15 |
| 16.   NM PUBLIC RETIREMENT ASSOC (PERA) | B | Int./Div. | K | T | | | | | 2011-16 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. NM STATE DEFERRED (457) COMPENSATION ACCOUNT (IRC CODE 457): | | | | | | | | | 2011-17 "ACCOUNT MANAGER" |
| 18. -a) Fidelity - (R) Diversifed International Fund | A | Dividend | J | T | | | | | 2011-18 |
| 19. -b) State of New Mexico Public Employees- Stable Value Fund | A | Dividend | J | T | | | | | 2011-19 |
| 20. -c) T Rowe Price-Mid-Cap Growth Fund | A | Dividend | J | T | | | | | 2011-20 |
| 21. -d) American Funds Growth Fund America R 6 | A | Dividend | | | Sold | 05/16/12 | J | A | 2011-21 |
| 22. -e) Oakmark Equity and Income Fund I | A | Dividend | J | T | | | | | 2011-22 |
| 23. -f) Vanguard Inst Index Inst | A | Dividend | J | T | Buy | 05/16/12 | J | | NEW ACCOUNT 2012 |
| 24. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #1: | | | | | | | | | 2011-23 "ACCOUNT MANAGER" |
| 25. -a) Advantus-Bond Fund (Life ins #1) | A | Dividend | J | T | | | | | 2011-24 |
| 26. -b) IVY VIP Growth Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2011-25 |
| 27. -c) IVY VIP International Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2011-26 |
| 28. -d) IVY VIP Small Cap (Life ins #1) | A | Dividend | J | T | | | | | 2011-27 |
| 29. -e) IVY VIP Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2011-28 |
| 30. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #2: | | | | | | | | | 2011-29 "ACCOUNT MANAGER" |
| 31. -a) Advantus-Bond Fund (Life ins #2) | A | Dividend | J | T | | | | | 2011-30 |
| 32. -b) IVY VIP Growth Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2011-31 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -c) IVY VIP International Value Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2011-32 |
| 34. -d) IVY VIP Core Equity (Life ins #2) | A | Dividend | J | T | | | | | 2011-33 |
| 35. -e) IVY VIP Mid Cap Growth Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2011-34 |
| 36.      SIMPLE IRA PLAN - CAMBRIDGE INVEST | | | | | | | | | 2011-35 "ACCOUNT MANAGER" |
| 37. -a) Fidelity-Advanced Financial Services-CL C (Simple IRA) | A | Dividend | J | T | | | | | 2011-36 |
| 38. -b) Fidelity Advanced Health Care CL C (Simple IRA) | C | Dividend | K | T | | | | | 2011-37 |
| 39. -c) Fidelity Advanced Equity Income CL C (Simple IRA) | A | Dividend | J | T | | | | | 2011-38 |
| 40. -d) Fidelity Advanced Dividend Growth Fund C C (Simple IRA) | A | Dividend | K | T | | | | | 2011-39 |
| 41.      SIMPLE PLAN | | | | | | | | | 2011-40 "ACCOUNT MANAGER" |
| 42. -a) Fidelity Cash Reserves | A | Interest | J | T | | | | | 2011-41 |
| 43. -b) Fidelity Cash Dividend Growth | A | Dividend | K | T | | | | | 2011-42 |
| 44. IRA #1 - MERRILL LYNCH, as follows: | | | | | | | | | 2011-43 "ACCOUNT MANAGER" |
| 45. -a) Blackrock Global - Allocation Fund Inc C (IRA #1) | A | Dividend | J | T | | | | | 2011-44 |
| 46. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #1) | A | Dividend | J | T | | | | | 2011-45 |
| 47. -c) Merrill Lynch-Bank USA RASP(IRA #1) | A | Dividend | J | T | | | | | 2011-46 |
| 48. -d)ING GOLDEN SELECT PREMIUM PLUS (IRA #1) as follows: | | | | | | | | | 2011-47 "ACCOUNT MANAGER" |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -1) T Rowe Price-Capital Appreciation (IRA #1) | A | Dividend | J | T | | | | | 2011-48 |
| 50. -2) T Rowe Price - International Stock Portfolio (IRA #1) -X | A | Dividend | J | T | | | | | 2011-49 |
| 51. -3)ING Pioneer Invest Man-Mid Cap Value Portifolio (IRA #1) | A | Dividend | J | T | | | | | 2011-50 |
| 52. -4) ING Investments-Mid Cap Opportunities Portfolio (IRA #1) | A | Dividend | J | T | | | | | 2011-51 |
| 53. -5)Fidelity-FMR SM Diversified Mid Cap (IRA #1) | A | Dividend | J | T | | | | | 2011-52 |
| 54. -6) ING Investment Management-Liquid Assets (IRA #1) | A | Dividend | J | T | | | | | 2011-53 |
| 55. -7) ING Russell Mid Cap Growth Index Port | A | Dividend | J | T | | | | | 2011-54 |
| 56. IRA #2 - MERRILL LYNCH, as follows: | | | | | | | | | 2011-55 "ACCOUNT MANAGER" |
| 57. -a) Blackrock Global-Allocation Fund Inc C (IRA #2) | A | Dividend | J | T | | | | | 2011-56 |
| 58. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #2) | A | Dividend | J | T | | | | | 2011-57 |
| 59. -c) Templeton Foreign Fund-Class A (IRA #2) | A | Dividend | J | T | | | | | 2011-58 |
| 60. -d) Merrill Lynch-Bank USA RASP (IRA #2) | A | Dividend | J | T | | | | | 2011-59 |
| 61. -e) ING GOLDEN SELECT PREMIUM PLUS (IRA #2) as follows: | | | | | | | | | 2011-60 "ACCOUNT MANAGER" |
| 62. -1)Fidelity-FMR SM Diversified Mid Cap (IRA #2) | A | Dividend | J | T | | | | | 2011-61 |
| 63. -2) ING Investments-VP Mid Cap Opportunities Porto (IRA #2) | A | Dividend | J | T | | | | | 2011-62 |
| 64. -3)Pioneer Investments- Mid Cap Value Portfolio(IRA #2) | A | Dividend | J | T | | | | | 2011-63 |
| 65. -4)T Rowe Price- Capital Appreciation (IRA #2) | A | Dividend | J | T | | | | | 2011-64 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br><br>Martinez, Lourdes A. | Date of Report<br><br>05/10/2013 | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. -5) T Rowe Price International Stock Portfolio (IRA #2) | A | Dividend | J | T | | | | | 2011-65 |
| 67. -6) ING Russell Mid Cap Growth Index Port | A | Dividend | J | T | | | | | 2011-66 |
| 68. IRA #3 - ROLL-OVER ACCOUNT, ING ANNUITY & LIFE INS CO: | | | | | | | | | 2011-67 "ACCOUNT MANAGER" |
| 69. -a) ING Annuity & Life Ins Co - USG Multibuilder (IRA #3) | B | Interest | K | T | | | | | 2011-68 |
| 70. IRA #4 - FIDELITY - SIMPLE IRA as follows: | | | | | | | | | 2011-69 ACCOUNT MANGER |
| 71. -a) Fidelity Adv Financial Services Cl C | A | Dividend | J | T | | | | | 2011-70 |
| 72. -b) Fidelity Adv Health Care Cl C | A | Dividend | J | T | | | | | 2011-71 |
| 73. -c) Fidelity Adv Equity Income Cl C | A | Dividend | J | T | | | | | 2011-72 |
| 74. -d) Fidelity Adv Dividend Growth Cl C | A | Dividend | J | T | | | | | 2011-73 |
| 75. Working Interest in Oil Well-KAISER-FRANCIS OIL CO | A | Royalty | J | W | | | | | 2011-74 |
| 76. Working Inerest in Oil well - BRECK OPERATING CORP | A | Royalty | J | W | | | | | 2011-75 |
| 77. 10% Interest in ▮▮▮ Durango, CO USA | | None | K | W | | | | | 2011-76 |
| 78. Accounts receivable - ▮▮▮ | B | Distribution | J | W | Sold (part) | 06/01/12 | J | A | 2011-77 |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VI: LIABILITIES:

LINE 1 - THIS IS THE     PARTNERSHIP LIABILITY FOR THE FIRST MORTGAGE ON A COMMERCIAL BUILDING. THE AMOUNT IS FOR THE ENTIRE CONTINGENT LIABILITY FOR THE LOAN. THE OWNERSHIP IS FOR 25% OF THE PARTNERSHIP AND IS REPORTED ON PART VII LINE 1.

LINE 2 - THIS IS THE     PARTNERSHIP LIABILITY FOR MISCELLANEOUS WINDING UP EXPENSES. THE AMOUNT REPRESENTS THE LIABILITY FOR WHAT IS DUE AT YEAR END. THE OWNERSHIP OF THE PARTNERSHIP INTEREST IS REPORTED ON PART VII LINE 5.

PART VII: INVESTMENTS AND TRUSTS:

EACH ITEM IS CROSS REFERENCED TO THE PREVIOUS YEAR (2011) REPORT.

LINE 4 -     OWNED COMMON STOCK IN A CLOSELY HELD LAW FIRM WHICH NO LONGER EMPLOYS HIM. THIS ENTITY FILED A FINAL 2011 TAX RETURN AFTER THE MAY 15TH 2012 FDR FILING DEADLINE AND IS NOW FULLY LIQUIDATED AND CLOSED.

LINE 5,6 & 7 -     OWNS LLC MEMBER UNITS IN A CLOSELY HELD LAW FIRM WHICH NO LONGER EMPLOYS HIM.     MAINTAINED AN EQUITY INTEREST AT THE END OF THE YEAR. COMPANY IS "WINDING DOWN".

LINE 8,9 & 10 -     OWNS ALL THE LLC MEMBER UNITS IN A CLOSELY HELD LAW FIRM WHICH EMPLOYS HIM.     MAINTAINED A 100% EQUITY INTEREST AT THE END OF THE YEAR.

LINE 16 - THIS IS A MANDATORY RETIREMENT SYSTEM FOR THE STATE OF NEW MEXICO, SEE PART 2, LINE 1. NO CONTRIBUTIONS WERE MADE IN THE CALENDAR YEAR 2012.

LINE 36 - THIS IS A IRA SIMPLE PLAN WHICH WAS SPONSORED BY THE CLOSED COMPANY OF     THERE ARE NO CURRENT CONTRIBUTIONS TO THIS PLAN.

LINE 41 - THIS IS AN ACTIVE IRA SIMPLE PLAN MAINTAINED IN CONNECTION WITH     EMPLOYMENT WITH THE     ANNUAL CONTRIBUTIONS ARE MADE AND ALLOCATED TO INDIVIDUAL ACCOUNT FUNDS.

LINE 44, 48, 56, 61, 68 & 70 - OTHER IRA INVESTMENTS HAVE BEEN BROKEN OUT INTO SEPARATE CUSTODIAL ACCOUNTS.

LINE 75 & 76 - THIS IS AN INHERITED 1/3 INTEREST IN A "WORKING INTEREST" OIL WELL INVESTMENT. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE TRUST AND TITLE HAS NOT PASSED TO THE BENEFICIARY.

LINE 77 - THIS IS AN INHERITED 10% UNDIVIDED INTEREST IN UNDEVELOPED LAND     TITLE HAS BEEN TRANSFERRED TO     NAME AND OTHER BENEFICIARIES.

LINE 78 - THIS ASSET REPRESENTS THE PURCHASE OF CERTAIN "OLD" ACCOUNTS RECEIVABLE FROM THE     LAW FIRMS OF     THAT WERE PURCHASED DURING THE "WINDING DOWN" PROCESS OF THOSE COMPANIES.

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/10/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lourdes A. Martinez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544